08CR 669

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | **JUDGE DER-YEGHIAYAN** **MAGISTRATE JUDGE ASHMAN** | Sitting Judge if Other than Assigned Judge | **MAGISTRATE JUDGE GERALDINE SOAT BROWN** |
|---|---|---|---|
| **CASE NUMBER** | 06 GJ 304 | **DATE** | AUGUST 21, 2008 |
| **CASE TITLE** | US v. CHRISTOPHER P. WEST, et al (SEE ATTACHED) | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDING AND REQUEST TO SEAL

The Grand Jury for the _____ SPECIAL FEBRUARY 2008-2 Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge *Geraldine Soat Brown*

**DOCKET ENTRY:**

TO ISSUE BENCH WARRANTS, THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO CHRISTOPHER WEST, PATRICK BOYD, JOHN RAMIN ASSAD, TAHIR RAMIN, NOOR ALAM, and ABDUL QUDOOS BAKHSHI. TO ISSUE SUMMONS AS TO NORTHERN RECONSTRUCTION ORGANIZATION and NAWEED BAKHSHI COMPANY. DEFENDANTS ARE BUSINESS. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE THE ARREST OF THE DEFENDANT AND ISSUANCE OF SUMMONS TO THE BUSINESSES. THIS INFORMATION IS TO REMAIN SEALED UNTIL THE ARREST OF THE DEFENDANTS OR BY FURTHER ORDER OF THE COURT. DO NOT SEAL ARREST WARRANTS AND/OR SUMMONS.

**FILED**

AUG 2 1 2008  TC

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE *Geraldine Soat Brown* (UNDER SEAL)

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

BW to USM on 8/22/08 *SMD*

| | | |
|---|---|---|
| No notices required, advised in open court. | | Number of notices |
| No notices required. | | Date docketed |
| Notices mailed by judge's staff. | | Docketing dpty. initials |
| Notified counsel by telephone. | | Date mailed notice |
| Docketing to mail notices | | Mailing dpty. initials |
| Mail AO 450 form. | | |
| Copy to judge/magistrate judge. | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | |

DOCKET#

UNITED STATES OF AMERICA,

v.

1)     CHRISTOPHER P. WEST,

2)     PATRICK W. BOYD,

3)     ASSAD JOHN RAMIN,
        (A.K.A. ASSADULLAH RAMIN)

4)     TAHIR RAMIN,

5)     NOOR ALAM,
        (A.K.A. NOOR ALAM NOORI)

6)     NORTHERN RECONSTRUCTION
        ORGANIZATION,

7)     ABDUL QUDOOS BAKHSHI,
        (A.K.A. HAJI ABDUL QUDOOS)

8)     NAWEED BAKHSHI COMPANY,

        Defendants.