# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 669 | **DATE** | 8/27/2008 |
| **CASE TITLE** | USA vs. Christopher West | | |

**DOCKET ENTRY TEXT**

The Government's motion to unseal the indictment is hereby granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|

2008 AUG 28 AM 8:18
CLERK U.S. DISTRICT COURT
FILED-EDI