**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>U.S. vs. Wat | Case Number:<br>08 CR 669 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Tahir Ramin

FILED
8-27-08
AUG 2 7 2008

Judge Samuel Der-Yeghiayan
U.S. District Court

| NAME (Type or print) |
|---|
| RALPH J. SCHINDLER, JR. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ [signature] |
| FIRM |
| LAW OFFICES OF RALPH J. SCHINDLER, JR. |
| STREET ADDRESS |
| 53 WEST JACKSON BOULEVARD, SUITE 818 |
| CITY/STATE/ZIP |
| CHICAGO, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>312-554-1040 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ✓